UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| GUILLERMO AYALA, | Case No. 19-cv-00422-LB |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |
| NANCY A. BERRYHILL, | |
| Defendant. | |

The deadline for plaintiff Guillermo Ayala to file his motion for summary judgment originally was May 20, 2019.[1] Mr. Ayala did not timely file an opening summary-judgment motion.[2] On May 24, 2019, the court extended Mr. Ayala until May 31, 2019 to file his summary-judgment motion or to request an extension of time.[3] The court warned Mr. Ayala that if he did not do so, the court might dismiss his appeal and close his case for failure to prosecute.[4] Mr. Ayala did not file a summary-judgment motion and did not request an extension of time.[5] The court hereby

---

[1] *See* Order – ECF No. 13. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

[2] *See* Docket.

[3] Order – ECF No. 13.

[4] *Id.*

[5] *See* Docket.

ORDER – No. 19-cv-00422-LB

orders Mr. Ayala to show cause why the court should not dismiss his appeal and close his case for his failure to prosecute. Mr. Ayala must file a written statement showing cause within two weeks (i.e., by June 18, 2019). If he does not do so, the court may dismiss his appeal and close his case.

**IT IS SO ORDERED.**

Dated: June 4, 2019

_____
LAUREL BEELER
United States Magistrate Judge